UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORRISON,<br><br>                            Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>                            Defendant. | Case No.: 20-CV-2397 JLS (JLB)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS**<br><br>(ECF No. 17) |

      Presently before the Court is the Parties' Joint Stipulation to Dismiss ("Joint Stip.," ECF No. 17).  Good cause appearing, the Court **APPROVES** the Joint Stipulation and **DISMISSES** this matter in its entirety **WITH PREJUDICE**.  As agreed by and between the Parties, each shall bear its own fees and costs.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  May 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge